JAMES O. BARTHOLOMEW, PLAINTIFF IN ERROR, v. THE MAYOR, &c., OF THE CITY OF ELIZABETH, DEFENDANTS IN ERROR.

On error to the Supreme Court.

PER CURIAM.

The judgment in this case is affirmed, for the reasons given, by the court below.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, KNAPP, MAGIE, REED, CLEMENT, SMITH, WHITAKER.  10.

*For reversal*—None.

---

WILLIAM C. SHAW, PLAINTIFF IN ERROR, v. THE WOODBURY GLASS WORKS, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *John W. Wescott.*

For the defendant in error, *William E. Potter.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given by the court below.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, KNAPP, SCUDDER, VAN SYCKEL, CLEMENT.  7.

*For reversal*—DIXON, MAGIE, BOGERT, BROWN, SMITH.  5.